**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALICE LOGGINS HILL, as Administratrix**
**of the Estate of DEBBIE DENISE LOGGINS,**
**Deceased,**                                                    **PLAINTIFF,**

**VS.**                                    **CIVIL ACTION NO. 4:06CV104-P-B**

**CARROLL COUNTY, MISSISSIPPI; CARROLL**
**COUNTY SHERIFF'S DEPARTMENT, a**
**Division of Carroll County, Mississippi; DONALD**
**GRAY, in His Official Capacity as Sheriff of**
**Carroll County; MICHAEL SPELLMAN,**
**Individually and in His Official Capacity;**
**CHARLES JONES, Individually and in His**
**Official Capacity; and DAVID MIMS,**
**Individually and in His Official Capacity,**                    **DEFENDANTS.**

<u>**ORDER**</u>

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that:

(1) Defendants Michael Spellman, Charles Jones, and David Mims' motion for summary

judgment, based on qualified immunity [9-1] is hereby **GRANTED**; therefore,

(2) All of the plaintiff's claims against Officers Spellman, Jones, and Mims in their

individual capacities are **DISMISSED WITH PREJUDICE**; and

(3) The plaintiff's claims against all of the defendants in their official capacities remain.

**SO ORDERED** this the 28th day of December, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE