**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALICE LOGGINS HILL**, as Administratrix of the                                    **PLAINTIFF**
Estate of **DEBBIE DENISE LOGGINS**, deceased,
v.                                                                                  **CAUSE NO: 4:06CV104**

**CARROLL COUNTY, MISSISSIPPI; CARROLL**
**COUNTY SHERIFF'S DEPARTMENT**, a division
of Carroll County, Mississippi, ET AL.                                              **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT AS TO CARROLL COUNTY, MISSISSIPPI

Pursuant to a memorandum opinion issued forth this day:

1) Defendant Carroll County, Mississippi's, Motion for Summary Judgment is **GRANTED**.

2) Further, the case is **DISMISSED**.

3) The Clerk is ordered to **CLOSE** the case and **TERMINATE** its trial date.

So **ORDERED**, this the 13th day of May, 2008.

                                                          /s/ Sharion Aycock
                                                          **U.S. DISTRICT COURT JUDGE**